UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

*In re* DOMINICK,

Case No. 20-mc-80001-WHO

**ORDER ADOPTING REPORT AND RECOMMENDATION; DISMISSNG ACTION WITH PREJUDICE**

Re: Dkt. No. 4

On February 20, 2020, Magistrate Judge Donna M. Ryu issued a Report and Recommendation, recommending that Petitioner Anthony Dominick, Jr.'s miscellaneous Petition seeking a determination that he is a "sovereign citizen" be dismissed with prejudice as his claims are wholly unsubstantial, devoid of merit, and frivolous. Dkt. No. 4.

Prior to issuing the Report and Recommendation, Judge Ryu issued an Order to Show Cause (OSC) explaining why the action was frivolous and without merit, and providing Dominick an opportunity to justify his Petition and the relief he seeks. Dkt. No. 2. Dominick filed a response to the OSC on February 10, 2020. Addressing all of the significant arguments Dominick asserted in his OSC response, Judge Ryu's Report and Recommendation explains in detail why Dominick's Petition and requested relief are without merit and frivolous.

This matter was reassigned to me on February 21, 2020, and Dominick filed an opposition to the recommended dismissal on March 9, 2020. Dkt. No. 6.

Having considered the Report and Recommendation, as well as Dominick's opposition, I adopt the Report and Recommendation in every respect. Judge Ryu has thoroughly explained why Dominick's Petition and requested relief are wholly unsubstantial, devoid of merit, and frivolous. The Petition is DISMISSED WITH PREJUDICE and this miscellaneous case CLOSED.

**IT IS SO ORDERED.**

Dated: March 11, 2020

William H. Orrick
United States District Judge